# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Masten Space Systems, Inc. | ) | Case No. 22-10657-BLS |
| | ) | |
| Debtor. | ) | Hon. Brendan L. Shannon |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Tiffiney F. Carney, is appearing for the United States of America on behalf of the National Aeronautics and Space Administration ("NASA"). Pursuant to Bankruptcy Rules 2002, 3017(a), and 9010(b), and Local Rule 2002-1, all notices given or required to be given to the United States of America and all papers served or required to be served on the United States of America in this case are requested to be served electronically through the court's Case Management/Electronic Case Files (CM/ECF) system, if applicable, or to the undersigned counsel at tiffiney.carney@usdoj.gov. If electronic service is not possible, please mail all notices and papers to the following address:

> U.S. Department of Justice
> Attn: Tiffiney F. Carney, Trial Attorney
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044-0875
> (202) 598-7521
> tiffiney.carney@usdoj.gov

Dated: August 9, 2022

> Respectfully submitted,
>
> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General

1

DAVID C. WEISS
United States Attorney
District of Delaware

ELLEN W. SLIGHTS
Assistant United States Attorney

*/s/ Tiffiney F. Carney*
RUTH A. HARVEY
RODNEY A. MORRIS
TIFFINEY F. CARNEY
(D.C. Bar No. 1024568)
United States Department of Justice
P.O. BOX 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 598-7521
tiffiney.carney@usdoj.gov

*Attorneys for the United States on behalf of the National Aeronautics and Space Administration*

# CERTIFICATE OF SERVICE

On August 9, 2022, I submitted the foregoing document using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: August 9, 2022

    /s/ *Tiffiney F. Carney*
Tiffiney F. Carney

Trial Attorney
United States Department of Justice
P.O. BOX 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 598-7521
tiffiney.carney@usdoj.gov

*Attorney for the United States on behalf of the
National Aeronautics and Space Administration*