# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MASTEN SPACE SYSTEMS, INC.,[1] | Case No. 22-10657 (BLS) |
| Debtor. | |

### NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR AUGUST 12, 2022 AT 10:30 A.M. BEFORE THE HONORABLE BRENDAN L. SHANNON

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**LINK TO BE PROVIDED**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:30 A.M. (ET) ON AUGUST 12, 2022**

## MATTERS GOING FORWARD:

1. Voluntary Chapter 11 Petition of Lear Capital, Inc. [Docket No. 1, Filed July 28, 2022].

2. Debtor's Motion for Entry of Order Authorizing Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Pre-Petition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 5, Filed August 10, 2022].

   Objection Deadline:  At the hearing.

   Responses/Objections Received:  None at this time.

   Related Documents:

---

[1] The Debtor's mailing address is 1570 Sabovich St, Mojave, CA 93501. The last four digits of the Debtor's federal tax identification number is 7098.

A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

Status: This matter is going forward.

3. Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing the Debtor to Pay Certain Pre-Petition Taxes and Fees and (B) Granting Related Relief [Docket No. 6, Filed August 10, 2022].

Objection Deadline: At the hearing.

Responses/Objections Received: None at this time.

Related Documents:

A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

Status: This matter is going forward.

4. Debtor's Motion for the Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Or Honor Prepetition Claims of Critical Vendors; (II) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests; and (III) Granting Related Relief [Docket No. 7, Filed August 10, 2022].

Objection Deadline: At the hearing.

Responses/Objections Received: None at this time.

Related Documents:

A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

Status: This matter is going forward.

5. Motion of Debtor for Interim and Final Orders (A) Approving Adequate Assurance of Payment for Future Utility Services, (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving Procedures for Resolving Adequate Assurance Requests, and (D) Granting Related Relief [Docket No. 8, Filed August 10, 2022].

Objection Deadline: At the hearing.

Responses/Objections Received: None at this time.

Related Documents:

  A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

Status: This matter is going forward.

6. Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing the Debtor to (I) Maintain Its Existing Insurance Policies and Pay Prepetition and Postpetition Obligations Related Thereto and (II) Renew, Amend, Revise, Supplement Or Purchase New Insurance Policies, (B) Modifying Automatic Stay With Respect to Workers' Compensation Program and (C) Granting Related Relief [Docket No. 9, Filed August 10, 2022].

    Objection Deadline: At the hearing.

    Responses/Objections Received: None at this time.

    Related Documents:

      A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

    Status: This matter is going forward.

7. Motion of Debtor for the Entry of Interim and Final Orders Authorizing the Debtor to (A) Pay Wages and Salaries, (B) Honor and Maintain Employee Benefits, and (C) Pay Reimbursable Employee Expenses [Docket No. 10, Filed August 10, 2022].

    Objection Deadline: At the hearing.

    Responses/Objections Received: None at this time.

    Related Documents:

      A. Declaration of David Masten in Support of First Day Motions and Related Relief [Docket No. 11, Filed August 10, 2022].

    Status: This matter is going forward.

8. Motion of the Debtor and Debtor-in-Possession for Interim and Final Orders (A) Authorizing Debtor to Obtain Postpetition Financing, (B) Authorizing Use of Cash Collateral, (C) Granting Liens and Superpriority Claims, and (D) Granting Related Relief [Docket No. 12, Filed August 10, 2022].

   Objection Deadline:  At the hearing.

   Responses/Objections Received:  None at this time.

   Related Documents:

   A. Declaration of Edward T. Gavin, CTP, in Support of Motion of the Debtor and Debtor-in-Possession for Interim and Final Orders (A) Authorizing Debtor to Obtain Postpetition Financing, (B) Authorizing Use of Cash Collateral, (C) Granting Liens and Superpriority Claims, and (D) Granting Related Relief [Docket No. 13, Filed August 10, 2022].

   Status: This matter is going forward.

Dated: August 10, 2022
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com

*Proposed Counsel to the Debtor and Debtor in Possession*

13734499/1