**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| MASTEN SPACE SYSTEMS, INC. | : | Case No. 22-10657 (BLS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| -------------------------------- | : | CREDITORS |

 

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.      **Space Exploration Technologies Corp.**, Attn: Christopher Cardaci, 115 F Street NW, Suite 475, Washington, D.C. 20004, Phone: 202-649-2716; chriscardaci@spacex.com

2.      **NuSpace, Inc.**,  Attn: Andrew Bushell, 4401 Donald Douglas Drive, Long Beach CA 90808, Phone: 312-771-0676; abushell@cstonecapital.com

3.      **Space Micro, Inc.**: Attn: David Strobel, 15378 Avenue of Science, San Diego, CA 92128, 858-332-0700; dstrobel@spacemicro.com

4.      **Agile Space Industries,** Attn: Andrew Thompson, 1514 Main Avenue, Durango, CO 81301, 931-436-3164, andrew.thompson@agilespaceindustries.com

5.      **P3 Technologies, ,** Attn: Phillip Pelfrey, 840 Jupiter Park Drive, Suite 110, Jupiter, FL, 33458, Phone: 5561-567-8495; phil.pelfrey@p3-tech.com .

 

ANDREW R. VARA
United States Trustee, Region 3

 

 /s/ Hannah McCollum
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: August 16, 2022

Attorney assigned to this Case: Hannah McCollum Esq., Phone: (202) 573-3275, hannah.mccollum@usdoj.gov | Debtor's Counsel: Jeffrey Waxman, Esq., Phone: 302-888-5842, jwaxman@morrisjames.com