**<u>Exhibit 1</u>**

**Bidding Procedures**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MASTEN SPACE SYSTEMS, INC., | Case No. 22-10657 (BLS) |
| Debtor.[1] | **D.I. _____** |

## BIDDING PROCEDURES IN CONNECTION
## WITH THE SALE OF THE DEBTOR'S ASSETS

On July 28, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On [●], 2022, the Bankruptcy Court entered an order [Docket No. [●]] (the "Bidding Procedures Order")[2] approving, among other things, these bidding procedures (the "Bidding Procedures"). As described in the Bidding Procedures Order, the Debtor has entered into an asset purchase agreement (the "Stalking Horse Agreement") with Astrobotic Technology, Inc. or its designee (the "Stalking Horse Bidder"). Such Stalking Horse Bid qualifies as a Qualified Bid.

The Bidding Procedures set forth the process by and through which the Debtor is authorized to solicit the highest or otherwise best bid or bids (each, a "Bid") for some or all of the Debtor's assets (the "Assets"), including, but not limited to, the assignable balance with SpaceX (the "SpaceX Credit"), culminating in an auction (the "Auction") if competing Qualified Bids (as defined herein) are received. The sale is contemplated to be implemented under section 363(b) and 105(a) of the Bankruptcy Code (the "Sale") pursuant to the terms and conditions of either (a) the Stalking Horse Agreement, as the same may be amended pursuant to the terms thereof and the Bidding Procedures Order, or (b) such other applicable asset purchase agreement(s) that the Debtor has determined in its business judgment, after consultation with the Official Committee of Unsecured Creditors and its professionals (the "Consultation Parties") is the best or highest bid or bids in accordance with these Bidding Procedures.

> Copies of the Bidding Procedures Order or any other documents in
> the Debtor's chapter 11 case are available on the Bankruptcy Court website
> (ecf.deb.uscourts.gov) or upon request from the Debtor's proposed counsel.

---

[1] The Debtor's mailing address is 1570 Sabovich St, Mojave, CA 93501. The last four digits of the Debtor's federal tax identification number is 7098.

[2] Capitalized terms used but not defined herein have the meanings ascribed in the Bidding Procedures Order or the Stalking Horse Agreement (as defined below), as applicable.

13752997/1

13756635/1

| KEY DEADLINES[3] | |
|---|---|
| Bid Deadline: the deadline by which all Qualified Bids must be actually received pursuant to the Bidding Procedures. **For the avoidance of doubt, the Debtor will entertain bids for some or all of the Assets.** | September 2, 2022 at 4:00 p.m. |
| Sale Objection Deadline: the deadline for all objections other than to (i) the conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s). | September 6, 2022 at 9:00 a.m. |
| Auction (if applicable) | September 6, 2022 at 12:00 p.m. |
| Auction Objection Deadline: the deadline to object to (i) conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s). | September 7, 2022 at 12:00 p.m. |
| Reply Deadline: the deadline to Reply to all objections to the sale | September 7, 2022 at 4:00 p.m. |
| Sale Hearing | September 8, 2022 at [_____] |
| Closing | September 9, 2022 at 11:59 p.m. |
| Adequate Assurance and Cure Objection Deadline: objection deadline for adequate assurance of future performance and/or cure amounts | September 12, 2022 at 4:00 p.m. |
| Designation Deadline: deadline to designate executory contracts and leases for assumption and assignment (or novation) | October 10, 2022 at 11:59 p.m., subject to extension as agreed by the Debtor, the Successful Bidder and any contract counterparty. |

## A.    Potential Bidder.

For purposes of the Bidding Procedures, a "Potential Bidder" shall refer to any person or entity interested in submitting a bid for some or all of the Debtor's Assets.

## B.    Due Diligence.

### (i)    **Access to Due Diligence**.

Any Potential Bidder that (i) executes a confidentiality agreement on customary terms that are reasonably acceptable to the Debtor (a "Confidentiality Agreement"),[4] (ii) provides sufficient evidence, as reasonably determined by the Debtor after consultation with the Consultation Parties, that the Potential Bidder intends to obtain due diligence and participate in the sale process for a bona fide purpose consistent with these Bidding Procedures, and (iii) provides evidence of such Potential Bidder's financial capability to acquire the Assets, the adequacy of which will be

[3] All times are prevailing Eastern Time.

[4] Potential Bidders may obtain a copy of a Confidentiality Agreement by contacting the Debtor's advisors listed below.

13752997/1

13756635/1

assessed by the Debtor with the assistance of its advisors and in consultation with the Consultation Parties (any such Potential Bidder being referred to as an "Acceptable Bidder") will be eligible to receive due diligence materials and access to certain non-public information regarding the Assets. The Debtor will provide each Acceptable Bidder with such information as is reasonably contemplated to enable such Acceptable Bidder to make a Bid for the Assets. The Debtor will also provide to each Acceptable Bidder reasonable due diligence information as requested by such Acceptable Bidder in writing, as soon as reasonably practicable after such request. The Debtor will post all written due diligence provided to any Acceptable Bidder to the Debtor's electronic data room (the "Data Room"), subject to the terms of these Bidding Procedures. The Debtor may restrict or limit access of an Acceptable Bidder to the Data Room if the Debtor determines, in its reasonable business judgment and after consultation with the Consultation Parties, that certain information in the Data Room is sensitive, proprietary, or otherwise not appropriate for disclosure to such Acceptable Bidder.

The initial due diligence period will end on the Bid Deadline (as defined herein). Following the Bid Deadline, the Debtor may, in its reasonable discretion and after consultation with the Consultation Parties, furnish additional non-public information to a Qualified Bidder or Qualified Bidders that submitted a Qualified Bid (each as defined herein), but shall have no obligation to do so.

Each Potential Bidder shall comply with all reasonable requests for additional information and due diligence access requested by the Debtor or its advisors regarding qualification as an Acceptable Bidder or Qualified Bidder, the terms of the Potential Bidder's Bid, or the ability of the Potential Bidder to acquire some or all of the Assets, including the SpaceX Credit. Failure by a Potential Bidder to comply with such reasonable requests for additional information and due diligence access may be a basis for the Debtor, after consultation with the Consultation Parties, to determine that such bidder is no longer a Potential Bidder or that any bid made by such Potential Bidder is not a Qualified Bid.

In connection with the provision of due diligence information to Acceptable Bidders, the Debtor will not furnish any confidential information relating to the Debtor, the Assets, or the Sale to any person except an Acceptable Bidder or such Acceptable Bidder's duly-authorized representatives, in each case, to the extent provided in the applicable Confidentiality Agreement.

The Debtor and its financial advisors will coordinate all reasonable requests for additional information and due diligence access from Acceptable Bidders; *provided* that the Debtor may decline to provide such information to Acceptable Bidders who, in the Debtor's reasonable business judgment, in consultation with the Consultation Parties, have not established that such Acceptable Bidders intend in good faith to, or have the capacity to, consummate their Bid. If the Debtor denies access or information to an Acceptable Bidder, the Debtor shall promptly inform the Consultation Parties. No conditions in any Bid relating to the completion of due diligence will be permitted to exist after the Bid Deadline.

By submitting a Bid, each Acceptable Bidder will be deemed to acknowledge and represent that: (a) it either directly or through its advisors has had an opportunity to conduct any and all due diligence regarding the Assets prior to making any Qualified Bid; (b) it has relied solely upon its

3

own or its advisors' independent review, investigation, and/or inspection of any documents and/or the Assets in making any Qualified Bid; (c) it did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law, or otherwise regarding the Assets or the completeness of any information provided in connection therewith, except as expressly stated in these Bidding Procedures or the Acceptable Bidder's proposed purchase agreement (including, in the case of the Stalking Horse Bidder, the Stalking Horse Agreement), and (d) the Bid was not the product of collusion. Neither the Debtor nor any of its employees, officers, directors, affiliates, subsidiaries, representatives, agents, advisors, or professionals are responsible for, and will bear no liability with respect to, any information obtained by Acceptable Bidders in connection with the Sale.

> **The Debtor has designated Ted Gavin (ted.gavin@gavinsolmonese.com) of Gavin/Solmonese, to coordinate all reasonable requests for additional information and due diligence access.**

## C.    Bid Requirements.

To be eligible to participate in the Auction, a Potential Bidder must deliver to Debtor and the Consultation Parties a written, irrevocable offer that must be determined by the Debtor, in its reasonable business judgment and after consultation with the Consultation Parties, to satisfy each of the following conditions (collectively, the "Bid Requirements"):

(i)    **Purchase Price**. Each Bid must clearly state the purchase price to be paid for the Assets (the "Purchase Price"), identify the Asset or Assets subject the Bid, indicate the source of cash consideration, including funding commitments, and confirm that such consideration is not subject to any contingencies, including but not limited to an agreement with SpaceX with respect to the SpaceX Credit.

(ii)    **Minimum Bid for All Assets**. The value of each Bid to acquire substantially all of the Debtor's Assets, as determined by the Debtor in its business judgment (after consultation with the Consultation Parties), must exceed (a) the Stalking Horse Bid, plus (b) the maximum amount of Bid Protections payable to the Stalking Horse Bidder, plus (c) the minimum Bid increment of $100,000 (the "Minimum Bid").

(iii)    **Discrete Asset Bids**: To be eligible to participate in the Auction, a Potential Bidder for less than substantially all of the Debtor's Assets, including, but not limited to, the SpaceX Credit, must deliver to the Debtor and the Consultation Parties, an irrevocable offer specifying the specific Asset or Assets that it seeks to purchase, and otherwise satisfies the requirements set forth herein. **For the avoidance of doubt, each bid for less than substantially all of the Debtor's assets does not, by itself, need to satisfy the Minimum Bid requirement set forth in subclause (ii) of this section.**

In the event that the Debtor receives multiple bids for discrete assets that, in the aggregate, would be higher or otherwise better than the Stalking Horse Bid, the Debtor, after consultation with the Consultation Parties, may (i) designate such bids

4

as Qualified Bids; and (ii) combine the bids to determine the highest and best bid for the Assets.  The right to combine bids shall be strictly limited to the Debtor, after consultation with the Consultation Parties, and shall not waive any restriction by any bidder against collusion without the Debtor's express permission.  Any combination of Bids must, in the aggregate, exceed the Minimum Bid and, if applicable, exceed the prior highest and best bid by the minimum bid increment of $100,000[5] to be determined the highest and best bid for the Assets.

(iv)    **Bid Deposit.**  Each Bid must be accompanied by a cash deposit (made by wire transfer or certified or cashier's check) equal to 10% of the aggregate value of the cash and non-cash consideration of the Bid (the "Good Faith Deposit").

(v)    **Committed Financing**.  If a Bid is not accompanied by evidence of the Potential Bidder's capacity to consummate the Sale transaction set forth in its Bid with cash on hand, each Bid must include committed financing documented to the Debtor's satisfaction, after consultation with the Consultation Parties, that demonstrates that the Potential Bidder has received sufficient debt and/or equity funding commitments to satisfy the Potential Bidder's Purchase under its Bid. Such funding commitments or other financing must not be subject to any internal approvals, syndication requirements, diligence, credit committee approvals, or other contingencies, and shall have covenants, conditions and term and termination provisions acceptable to the Debtor, after consultation with the Consultation Parties.

(vi)    **Good Faith Offer**.  Each Bid must constitute a good faith, bona fide offer to purchase the Asset or Assets set forth in such Bid.

(vii)    **Transaction Documents**.  Each Bid must be accompanied by clean and duly executed transaction documents including, at a minimum, a draft purchase agreement, including the exhibits and schedules related thereto, and any related material documents integral to such Bid pursuant to which the Potential Bidder proposes to effectuate the Sale, along with redlines of such agreements marked to reflect any amendments and modifications from the Stalking Horse Agreement and any other applicable transaction documents relating to the Stalking Horse Bid, which amendments and modifications may not be inconsistent with these Bidding Procedures.  Notwithstanding anything to the contrary herein, the requirement to submit redlines for a discrete asset bid may be waived by the Debtor, in its reasonable business judgment, in consultation with the Consultation Parties.

The documents contemplated by this Section shall herein be referred to as the "Qualified Bid Documents."

(viii)    **No Contingencies**.  A Bid must contain a clear statement that it is not conditioned on any contingency, including, among others, on obtaining any of the following (a)

---

[5]    The Debtor, after consultation with the Consultation Parties, reserves the right to alter the minimum bid increments during the course of the Auction.

13752997/1

13756635/1

financing, (b) shareholder, board of directors, or other approvals (including regulatory approvals), and/or (c) the outcome or completion of a due diligence review by the Potential Bidder. Further, any Bid that the Debtor, after consultation with the Consultation Parties, determines is unlikely to be consummated prior to the Closing Deadline due to regulatory limitations under the laws enacted by the Committee on Foreign Investment in the United States (CIFIUS), including but not limited to the Foreign Investment Risk Review Modernization Act of 2018 (FIRRMA), International Traffic in Arms Regulations (ITAR), and Export Administration Regulation (EAR), may be deemed to not be a Qualifying Bid. **All Bids are expressly conditioned upon a sworn declaration that the transfer of the Assets is not conditional upon governmental regulation and approval.**

(ix)   **SpaceX Consent Required.**  With respect to the SpaceX Credit, any purchaser of that Asset must be on SpaceX's list of approved assignees, and SpaceX shall have given its written consent to the transfer of the SpaceX Credit to the purchaser. Each bid for the SpaceX Credit shall include written evidence of such consent by SpaceX.

(x)    **Binding and Irrevocable**.  A Potential Bidder's Bid must be irrevocable unless and until the Debtor and the Successful Bidder consummate the Sale.

(xi)   **Identity**. Each Bid must fully disclose the identity of each entity that will be participating in connection with such Bid, and the complete terms of any such participation, along with sufficient evidence that the Potential Bidder is legally empowered, by power of attorney or otherwise, to complete the transactions on the terms contemplated by the parties. A Bid must also fully disclose any connections or agreements with the Debtor, any known, potential, prospective bidder, or Qualified Bidder (as defined herein), or any officer, director, or equity security holder of the Debtor.

(xii)  **Authorization**.  Each Bid must contain evidence that the Potential Bidder has obtained authorization or approval from its board of directors and, if required, its shareholders (or a comparable governing body reasonably acceptable to the Debtor) with respect to the submission of its Bid and the consummation of the transactions contemplated in such Bid.

(xiii) **No Fees**. Except as otherwise provided in the Stalking Horse Agreement with respect to the Stalking Horse Bid: (a) each Potential Bidder presenting a Bid or Bids will bear its own costs and expenses (including legal fees) in connection with the proposed transaction; (b) by submitting its Bid, each Potential Bidder agrees to waive its right to request or receive fees or reimbursement of expenses on any basis, including under section 503(b) of the Bankruptcy Code; and (c) each Bid must expressly state that the Bid does not entitle the Potential Bidder to any break-up fee, termination fee, expense reimbursement, or similar type of payment or reimbursement.

6

(xiv) **Adherence to Bidding Procedures**. By submitting its Bid, each Potential Bidder agrees (a) to abide by and honor the terms of these Bidding Procedures and agrees not to submit a Bid or seek to reopen the Auction after conclusion of the Auction and (b) to serve as Back-Up Bidder(s), if its Bid is selected as the next highest or next best bid after the Successful Bid with respect to the Assets.

(xv) **As-Is, Where-Is**. Each Bid must include a written acknowledgement and representation that the Potential Bidder (a) has had an opportunity to conduct any and all due diligence regarding the Assets prior to making its Bid, (b) has relied solely upon its own or its advisors' independent review, investigation, and/or inspection of any documents and/or the Assets in making its Bid, and (c) did not rely upon any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express, implied, by operation of law, or otherwise, regarding the Assets, or the completeness of any information provided in connection therewith or the Auction, except as expressly stated in the Potential Bidder's proposed purchase agreement for the Assets.

(xvi) **Time Frame for Closing**. A Bid by a Potential Bidder must be reasonably likely to be consummated, if selected as the Successful Bid, within a time frame reasonably acceptable to the Debtor after consultation with the Consultation Parties, but in no event later than **September 9, 2022, at 11:59 p.m.**

(xvii) **Consent to Jurisdiction**. The Potential Bidder must submit to the jurisdiction of the Bankruptcy Court and waive any right to a jury trial in connection with any disputes relating to the Debtor's qualification of Bids, the Auction, the construction and enforcement of these Bidding Procedures, the Sale documents, and the Closing, as applicable.

Bids fulfilling all of the preceding requirements, as determined by the Debtor and its advisors, in the Debtor's reasonable business judgment (in consultation with the Consultation Parties) will be deemed to be "Qualified Bids," and those parties submitting Qualified Bids will be deemed to be "Qualified Bidders." All information disclosed by any Potential Bidder in connection with the preceding requirements will be made available by the Debtor to the Consultation Parties within twenty-four (24) hours upon the Debtor's receipt thereof; *provided* that the Debtor shall provide the Stalking Horse Bidder with the number of Qualified Bids received and the amount of each respective Qualified Bid within twenty-four (24) hours of the Bid Deadline.

No later than one (1) day prior to the Auction, the Debtor and its advisors, after consultation with the Consultation Parties, will determine which Potential Bidders are Qualified Bidders and will notify the Potential Bidders whether Bids submitted constitute Qualified Bids so as to enable such Qualified Bidders to bid at the Auction. Any Bid that is not deemed a Qualified Bid will not be considered by the Debtor.

Qualified Bids must be received by the Bid Notice Parties (defined below) so as to be actually received no later than **September 2, 2022, at 4:00 p.m.,** prevailing Eastern Time (the "Bid Deadline").

### D.    Stalking Horse Bid.

The Stalking Horse Bid under the Stalking Horse Agreement comprises (i) $4,500,000 in cash (including any credit bid)[6], plus (ii) all cure costs associated with executory contracts and leases assumed (or novated, if applicable) by the Stalking Horse Bidder, plus (iii) a waiver of all of Astrobotic Technology, Inc.'s claims against the Debtor.

If the Stalking Horse Bidder is not the Successful Bidder, it shall receive a break-up fee equal to 3% of the cash portion of the Stalking Horse Bid (including any credit bid) and an expense reimbursement of up to 2% of the cash portion of the Stalking Horse Bid (including any credit bid).[7]

For the avoidance of doubt, the Stalking Horse Bidder will be deemed a Qualified Bidder by the Debtor in accordance with these Bidding Procedures and the Stalking Horse Bid will be deemed a Qualified Bid, which qualify such Stalking Horse Bidder to participate in the Auction as a Qualified Bidder. For the further avoidance of doubt, the Stalking Horse Bidder shall not be required to post a Good Faith Deposit. If the Stalking Horse Bid is chosen as the Successful Bid, the rights and obligations of the Stalking Horse Bidder shall be as set forth in the Stalking Horse Agreement (as the same may be modified in connection with the Auction). If the Stalking Horse Bid is selected as the Back-Up Bid, it must remain irrevocable as set forth in the Bid Procedures.

### E.    Evaluation of Qualified Bids.

The following Debtor's advisors and Consultation Parties (collectively, the "Bid Notice Parties") shall receive Qualified Bids concurrently on or before the Bid Deadline: Jeffrey R. Waxman, Esq. (jwaxman@morrisjames.com), Sarah M. Ennis, Esq. (sennis@morrisjames.com); Ted Gavin (ted.gavin@gavinsolmonese.com); David M. Posner, Esq. (dposner@kilpatricktownsend.com); and Gianfranco Finizio, Esq. (gfinizio@kilpatricktownsend.com); Thomas Horan, Esq. (thoran@cozen.com) and Frederik Schmidt, Esq. (Eschmidt@cozen.com).

Prior to the Auction, the Debtor and its advisors will evaluate Qualified Bids and identify the Qualified Bid or combination of Qualified Bids that is, in the Debtor's reasonable business judgment, after consultation with the Consultation Parties, the highest or otherwise best Bid (the "Starting Bid"). In no event shall the Starting Bid be less than the Minimum Bid. Not later than one day prior to the date of the Auction, the Debtor will (1) notify the Consultation Parties and the Stalking Horse Bidder as to which Qualified Bid or combination of Qualified Bids is the Starting Bid and (2) distribute copies of the Starting Bid to each Qualified Bidder who has submitted a Qualified Bid and the Consultation Parties.

---

[6]    The cash component of the Stalking Horse Bid is subject to entry of a Final DIP Order reasonably satisfactory to the DIP Lender.

[7]    The expense reimbursement is subject to entry of a Final DIP Order reasonably satisfactory to the DIP Lender.

At or before the Auction, the Debtor, in consultation with the Consultation Parties, may request an allocation of proceeds for any Qualified Bid that bids on multiple Assets. If, after reasonable inquiry, a Qualified Bidder does not provide an allocation of proceeds with respect to its Qualified Bid, the Debtor, in consultation with the Consultation Parties, may determine such allocation using its reasonable business judgement. No allocation of proceeds shall be required from any Qualified Bidder submitting a Bid for substantially all of the Debtor's assets.

If any Bid is determined by the Debtor not to be a Qualified Bid, the Debtor will refund such Potential Bidder's Good Faith Deposit and all accumulated interest thereon within ten (10) business days, or as soon as reasonably practicable thereafter, after the Bid Deadline.

**F.    No Qualified Bids.**

If no Qualified Bids, other than the Stalking Horse Bid, are received by the Bid Deadline, then the Auction will not occur, the Stalking Horse Bidder will be deemed the Successful Bidder, and the Debtor will pursue entry of an order by the Bankruptcy Court approving the Stalking Horse Agreement and authorizing the Sale to the Stalking Horse Bidder at the Sale Hearing (as defined herein).

**G.    Auction**.

If one or more Qualified Bids is received by the Bid Deadline, the Debtor will conduct the Auction with respect to the Assets. The Auction will commence on **September 6, 2022, at 12:00 p.m., prevailing Eastern Time**, at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, telephonically, or by video via Zoom, or such later time or other place as the Debtor will timely notify all other Qualified Bidders, after consultation with the Consultation Parties.

The Auction will be conducted in accordance with the following procedures (the "Auction Procedures"):

(i)     the Auction will be conducted openly;

(ii)    only the Qualified Bidders, including the Stalking Horse Bidder, will be entitled to bid at the Auction;

(iii)   the Qualified Bidders, including the Stalking Horse Bidder must appear telephonically, or by video via Zoom, or through duly-authorized representatives at the Auction;

(iv)    only creditors of the Debtor's estate, the duly-authorized representatives of each of the Qualified Bidders (including the Stalking Horse Bidder) and the Consultation Parties will be permitted to attend the Auction;

(v)     bidding at the Auction will begin at the Starting Bid;

13752997/1

13756635/1

(vi)     each Qualified Bidder will be informed of the terms of the previous Bids and the Debtor shall, during the course of the Auction, promptly inform each Qualified Bidder of which subsequent Bids reflect, in the Debtor's reasonable business judgment, and after consultation with the Consultation Parties, the highest or otherwise best bid(s) for the Assets as well as the terms of such Bids;

(vii)    the Auction will be transcribed or recorded;

(viii)   each Qualified Bidder will be required to confirm on the record at the Auction that it has not engaged in any collusion with respect to the bidding or the Sale, however, and as more fully set forth herein, the Debtor, after consulting with the Consultation Parties, may combine the Bids of multiple bidders, where it appears that parties are bidding on separate assets of the estate or have overlapping bids that may aggregate a single Bid that is higher than the Minimum Bid;

(ix)     the Auction will not close unless and until all Qualified Bidders have been given a reasonable opportunity to submit an overbid at the Auction to the then prevailing highest or otherwise best Bid or package of Bids;

(x)      In the event that the Debtor receives multiple bids that, in the aggregate, would be higher or otherwise better than the Minimum Bid, the Debtor, after consultation with the Consultation Parties, may combine the bids to determine the highest and best bid.  The right to combine bids shall be strictly limited to the Debtor, after consultation with the Consultation Parties, and shall not waive any restriction or prohibition by any bidder against collusion without the Debtor's express permission;

(xi)     the Debtor reserves the right, in its reasonable business judgment and after consultation with the Consultation Parties, to adjourn the Auction one or more times to, among other things, (a) facilitate discussions between the Debtor and Qualified Bidders, (b) allow Qualified Bidders to consider how they wish to proceed, and (c) provide Qualified Bidders the opportunity to provide the Debtor with such additional evidence as the Debtor, in its reasonable business judgment and after consultation with the Consultation Parties, may require to establish that the Qualified Bidder has sufficient internal resources or has received sufficient non-contingent debt and/or equity funding commitments to consummate the proposed transaction at the prevailing amount; and

(xii)    the Auction will be governed by such other Auction Procedures as may be announced by the Debtor and its advisors, after consultation with the Consultation Parties, from time to time on the record at the Auction; provided that such other Auction Procedures are (a) not inconsistent with these Bidding Procedures, the Bidding Procedures Order, the Bankruptcy Code, or any other order of the Bankruptcy Court, (b) disclosed orally or in writing to all Qualified Bidders and other attendees at the Auction and recorded on the record, and (c) determined by the Debtor, in good faith and after consultation with the Consultation Parties, to further the goal of attaining the highest or otherwise best offer for the Assets.

10

**H.      Conduct of the Auction.**

The Auction will be conducted only if (a) the Debtor receives one or more Qualified Bids for substantially all of the Debtor's Assets in addition to the Stalking Horse bid ("Qualified Whole Bids"), or (b) if the Debtor receives one or more Qualified Bids for less than substantially all of the Assets from one or more parties (the "Qualified Lot Bidders"), the value of which bids accrete to an amount equal to or exceeding the Minimum Bid ("Qualified Lot Bids").

The Debtor will first conduct an auction among the Qualified Whole Bids (the "Qualified Whole Bid Auction").  If there are no Qualified Lot Bids, once two rounds of bidding on Qualified Whole Bids pass with no higher bids, the Debtor, in consultation with the Consultation Parties, may name the highest and best bid and declare the Auction closed.

If there are both Qualified Whole Bids and Qualified Lot Bids, the Debtor will first conduct a Qualified Whole Bid Auction with the initial overbid being the aggregate value of the Qualified Lot Bids. Bidding on the Qualified Whole Bids will proceed until two rounds of bidding pass with no overbids, at which time the Qualified Whole Bid Auction will recess. The Debtor will then convene the auction on the Qualified Lot Bids (the "Qualified Lot Bid Auction"). Once two rounds of bidding have passed with no increased Qualified Lot Bids, the Qualified Lot Bid Auction will recess. If the aggregate value of the Lot Bids is equal to or greater than the last amount reached in the Qualified Whole Bid Auction plus the overbid increment, the Debtor will reconvene the Qualified Whole Bid Auction. These procedures will repeat, convening and recessing the Qualified Whole Bid Auction and the Qualified Lot Bid Auction, until no further bids are received in either auction, at which time the Debtor, in consultation with the Consultation Parties, will select the highest and best bid and adjourn the Auction.  The terms of the highest and best bid shall be provided to all Qualified Bidders immediately following the conclusion of the Auction.

Once there are Qualified Lot Bids the value of which meets or exceeds the Minimum Bid, the Stalking Horse Bidder may, at its discretion, choose to bid during the Qualified Whole Bid Auction and/or the Qualified Lot Bid Auction and, if bidding in the Qualified Lot Bid Auction, may designate how the value of any Qualified Lot Bid is allocated between assets.  Nothing herein shall prevent the Stalking Horse Bidder from participating in both the Qualified Whole Bid Auction and the Qualified Lot Bid Auction.

The Debtor may adopt additional rules for the Auction, after consultation with the Consultation Parties, at any time that the Debtor reasonably determines to be appropriate to promote the goals of maximizing the value of the Assets and that such rules are not inconsistent with the Bidding Procedures Order or these Bidding Procedures.

**I.      Acceptance of the Successful Bid or Successful Bids.**

Upon the conclusion of the Auction (if such Auction is conducted), the Debtor, in the exercise of its reasonable business judgment and after consultation with the Consultation Parties, will identify the highest or otherwise best Qualified Bid or Qualified Bids for the Assets (each, a "Successful Bid," and each person or entity submitting a Successful Bid, a "Successful Bidder"). In the event that the Debtor receives multiple Qualified Lot Bids that aggregate more than the next

13752997/1

13756635/1

largest bid, the Debtor may determine, in its business judgment, after consultation with the Consultation Parties, that the combined bid constitutes the Successful Bid.  The Successful Bidder or Successful Bidders and the Debtor shall, as soon as commercially reasonably practicable after the conclusion of the Auction, complete and sign all agreements, contracts, instruments, or other documents evidencing and containing the terms upon which such Successful Bid or Successful Bids were made, subject in all respects to the deadlines contained herein.

The Debtor shall file a notice with the Bankruptcy Court identifying the Successful Bidder(s) and attaching the proposed asset purchase agreement(s) with the Successful Bidder(s), no later than one (1) business day after the conclusion of the Auction. Such notice shall also identify the Back-Up Bidder(s) and contain either (i) a summary of the material terms of the Back-Up Bid(s) or (ii) proposed asset purchase agreement(s) with the Back-Up Bidder(s).

The Debtor will present the results of the Auction to the Bankruptcy Court at the Sale Hearing, at which hearing certain findings will be sought from the Bankruptcy Court regarding the Auction, including, among other things, that (a) the Auction was conducted, and the Successful Bidder or Successful Bidders were selected, in accordance with these Bidding Procedures, (b) the Auction was fair in substance and procedure and the Successful Bidder(s) acted in good faith, and (c) consummation of the Successful Bid or Successful Bids will provide the highest or otherwise best value for the Assets and is in the best interests of the Debtor's estate.

If an Auction is held, the Debtor will be deemed to have accepted a Qualified Bid only when (a) such Qualified Bid is declared a Successful Bid at the Auction, and (b) definitive documentation has been executed in respect thereof. Such acceptance is conditioned upon approval by the Bankruptcy Court of the Successful Bid or Successful Bids and entry of an order approving such Successful Bid or Successful Bids (the "Sale Order").

**J.      Assumption, Assignment, and Novation of Executory Contracts and Unexpired Leases.**

The procedures for the assumption, assignment, and novation of executory contracts and unexpired leases, including the process by which the Debtor may designate contracts, is set forth in the Bidding Procedures Order.

**K.      Objections.**

**September 6, 2022 at 9:00 a.m.** is the deadline for all objections other than to (i) the conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s). **September 7, 2022 at noon** is the deadline to object to (i) the conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s). **September 12, 2022 at 4:00 p.m.** is the deadline for objections regarding adequate assurance of future performance and/or cure amounts.

**L.      Sale Hearing.**

A hearing to consider approval of the sale to the Successful Bidder (the "Sale Hearing") will be held before the Bankruptcy Court on **September 8, 2022, at _____ .m.**

13752997/1

13756635/1

The Sale Hearing may be continued to a later date by the Debtor, after consultation with the Consultation Parties, by sending notice prior to, or making an announcement at, the Sale Hearing. No further notice of any such continuance will be required to be provided to any party.

**M.      Designation of Back-Up Bidder or Back-Up Bidders.**

If for any reason the Successful Bidder or Successful Bidders fail to consummate the Qualified Bid or Qualified Bids within the time permitted after the entry of the Sale Order approving the Sale to the Successful Bidder or Successful Bidders, then the Qualified Bidder or Qualified Bidders with the next-highest or otherwise second-best Bid or Bids for the Assets (each, a "Back-Up Bidder"), as determined by the Debtor after consultation with the Consultation Parties, at the conclusion of the Auction and announced at that time to all the Qualified Bidders participating therein, will automatically be deemed to have submitted the highest or otherwise best Bid or Bids (each, a "Back-Up Bid"), and the Debtor will be authorized, but not required, to consummate the transaction pursuant to the Back-Up Bid or Back-Up Bids as soon as commercially reasonably practicable, and pursuant to the terms of the Bidding Procedures Order.

Upon designation of the Back-Up Bidder or Back-Up Bidders at the Auction, the Back-Up Bid or Back-Up Bids shall remain open until the Closing of the Successful Bid or Successful Bids, as applicable.

**N.      Return of Good Faith Deposit to Qualified Bidders that Submit Qualified Bids.**

The Good Faith Deposit of the Successful Bidder or Successful Bidders will, upon consummation of the Successful Bid or Successful Bids, become property of the Debtor's estate and be credited to the Purchase Price. If the Successful Bidder or Successful Bidders (or Back-Up Bidder or Back-Up Bidders, if applicable) fails to consummate the Successful Bid or Successful Bids (or Back-Up Bid or Back-Up Bids, if applicable), then the Good Faith Deposit of such Successful Bidder or Successful Bidders (or Back-Up Bidder or Back-Up Bidders, if applicable) will be irrevocably forfeited to the Debtor and may be retained by the Debtor as damages, in addition to any and all rights, remedies, or causes of action that may be available to the Debtor, in each case, subject to the terms and conditions of the purchase agreement(s) with the Successful Bidder or Back-Up Bidder(s), as applicable.

The Good Faith Deposit of any unsuccessful Qualified Bidders (except for the Back-Up Bidder or Back-Up Bidders) will be returned within the earlier of five (5) business days after the conclusion of the Auction or such other date reasonably selected by the Debtor in consultation with the Consultation Parties. The Good Faith Deposit of the Back-Up Bidder or Back-Up Bidders, if any, will be returned to such Back-Up Bidder or Back-Up Bidders no later than five business days after the Closing with the Successful Bidder or Successful Bidders for the Assets bid upon by such Back-Up Bidder or Back-Up Bidders.

**O.      Consent to Jurisdiction.**

13752997/1

13756635/1

All Qualified Bidders at the Auction will be deemed to have consented to the jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection with any disputes relating to the Sale, the Auction, the construction and enforcement of these Bidding Procedures, and/or the Indication of Interest Documents, as applicable, and consented to the entry of a final order or judgment in any way related to these Bidding Procedures, the bid process, the Auction, the Sale Hearing, or the construction and enforcement of any agreement or any other document relating to a Sale if it is determined that the Bankruptcy Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the parties.

**P.      Sale Is As Is/Where Is.**

The Assets are being sold pursuant to these Bidding Procedures and will be conveyed at the Closing in their then present condition, "as is, with all faults, and without any warranty whatsoever, express or implied," notwithstanding any provision in any Bid to the contrary, except as otherwise expressly provided in the purchase agreement with the Successful Bidder.

**Q.      Fiduciary Out.**

Nothing in the Bidding Procedures will require the Debtor to take any action, or to refrain from taking any action to the extent the Debtor determines that refraining from taking such action or taking such action, as applicable, would be inconsistent with applicable law or its fiduciary obligations under applicable law.

*      *      *      *      *

13752997/1

13756635/1