**Exhibit 2**

**Sale Notice**

13752997/1

13756635/1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MASTEN SPACE SYSTEMS, INC., | Case No. 22-10657 (BLS) |
| Debtor.[1] | **D.I.** \_\_\_\_\_ |

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2022, the Debtor filed a motion (the "Bidding Procedures Motion")[2] with the Court seeking entry of orders, among other things, (a) approving an asset purchase agreement (the "Stalking Horse Agreement") between the Debtor and Astrobotic Technology, Inc. or its designee (the "Stalking Horse Bid") and related Bid Protections, subject to higher or better bids, (b) approving the Debtor's bidding procedures (the "Bidding Procedures") in connection with the proposed auction (the "Auction") for the sale (the "Sale") of some or all of the Debtor's assets (the "Assets"), including, but not limited to, the assignable balance with SpaceX (the "SpaceX Credit"), and (c) establishing dates and deadlines in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on August \_\_\_\_\_, 2022, the Court entered an order (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion.[3]

**CONTACT PERSON FOR PARTIES INTERESTED IN SUBMITTING A BID**

The Bidding Procedures set forth the requirements for becoming a Qualified Bidder and submitting a Qualified Bid, and any party interested in making an offer to purchase some or all of the Assets must comply strictly with the Bidding Procedures. Only Qualified Bids will be considered by the Debtor, in accordance with the Bidding Procedures.

Any interested bidder should contact the Debtor's undersigned counsel, as soon as possible.

---

[1] The Debtor's mailing address is 1570 Sabovich St, Mojave, CA 93501. The last four digits of the Debtor's federal tax identification number is 7098.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

[3] To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

13752997/1

13756635/1

**OBTAINING ADDITIONAL INFORMATION**

Copies of the Bidding Procedures Motion, the Bidding Procedures, and the Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available for a minimal charge on the Bankruptcy Court's website, located at ecf.deb.uscourts.gov. Copies may also be obtained free of charge from the Debtor's proposed counsel by email request to the following: Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, Attn: Jeffrey R. Waxman and Brya M. Keilson (jwaxman@morrisjames.com and bkeilson@morrisjames.com).

**IMPORTANT DATES AND DEADLINES**[4]

1. **Bid Deadline**. The deadline to submit a Qualified Bid is **September 2, 2022 at 4:00 p.m. (prevailing Eastern Time)**.[5]

2. **Sale Objection Deadline: September 6, 2022 at 9:00 a.m.** is the deadline for all objections other than to (i) the conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s).

3. **Auction.** If one or more Qualified Bids is received by the Bid Deadline, the Debtor will conduct the Auction with respect to the Assets. The Auction will commence on **September 6, 2022 at 12:00 p.m.**, at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, telephonically, or by video via Zoom, or such later time or other place as the Debtor will timely notify all Qualified Bidders, in consultation with the Consultation Parties. Creditors may attend the auction, but only the Debtor, the Consultation Parties, Qualified Bidders (including the Stalking Horse Bidder) and/or other parties as the Debtor may determine to include in its discretion shall be entitled to participate at the Auction, and only Qualified Bidders will be entitled to make Overbids at the Auction. **All interested or potentially affected parties should carefully read the Bidding Procedures and the Bidding Procedures Order.**

4. **Deadline to Object to Auction Conduct or Selection of Successful Bidder(s) or Back-Up Bidder(s):** The deadline to object to (i) the conduct of the Auction, or (ii) the choice of Successful Bidder(s) and/or Back-Up Bidder(s) is **September 7, 2022 at noon.**

5. **Deadline to Object to Adequate Assurance of Future Performance and/or Cure Amounts:** the deadline to object to adequate assurance of further performance and/or cure amounts is **September 12, 2022 at 4:00 p.m.**

6. **Reply Deadline**: **September 7, 2022 at 4:00 p.m.**, as the deadline for the Debtor to file replies to any objections to the Sale.

---

[4] The following dates and deadlines may be extended by the Debtor or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.

[5] All times referenced herein refer to prevailing Eastern Time.

5. **Sale Hearing**. A hearing (the "Sale Hearing") to consider approval of the proposed Sale free and clear of all liens, claims, interests and encumbrances will be held before the Honorable Brendan L. Shannon, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, at District of Delaware via Zoom pursuant to the Court's video hearing procedures; pursuant to this Court's on: (i) **September 8, 2022 at _____**.

## FILING OBJECTIONS

Objections, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by the applicable deadlines set forth above, and (d) be served on (i) proposed counsel to the Debtor, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801, Attn: Jeffrey R. Waxman and Brya M. Keilson (jwaxman@morrisjames.com and bkeilson@morrisjames.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Hannah J. McCollum (hannah.mccollum@usdoj.gov); (iii) proposed counsel to the Committee; and (iv) counsel to the Stalking Horse Bidder.

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party who fails to make a timely objection to the Sale on or before the Sale Objection Deadline in accordance with the Bidding Procedures Order and this Notice shall be forever barred from asserting any objection to the Sale, including with respect to the transfer of the Assets free and clear of all liens, claims, encumbrances and other interests.*

## NO SUCCESSOR LIABILITY

*The Sale will be free and clear of, among other things, any claim arising from any conduct of the Debtor prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale. Accordingly, as a result of the Sale, the Successful Bidder will not be a successor to the Debtor by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly provided in the Successful Bidder's asset purchase agreement, for any liens, claims, encumbrances and other interests against or in any the Debtor under any theory of law, including successor liability theories.*

Dated: August [ ], 2022      MORRIS JAMES LLP
Wilmington, Delaware

*/s/*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue; Suite 1500
Wilmington, DE 19801

18

13752997/1

13756635/1

Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com

*Proposed Counsel for Debtor and Debtor in Possession*