**Exhibit 3**

**Contracts**

13752997/1

13756635/1

**Exhibit 3**

**Scheduled Contracts subject to the Expense Cap**

| Counter Party Name and Descriptions | PO/Contract Number | Program | Subsystem | Projected Designation Payment |
|---|---|---|---|---|
| NASA Contract No. 80HQTR19D0016 (CLPS IDIQ) | 80HQTR19D0016 | MM1 / XL-1 | Prime Contract | $ - |
| NASA Contract No. 80JSC020F0262 (CLPS Task Order 19C) | 80JSC020F0262 | MM1 / XL-1 | Prime Contract | $ - |
| NASA Contract No. 80NSSC21P0494 (Regolith Collection) | 80NSSC21P0494 | MM1 / XL-1 | Prime Contract | $ - |
| NASA Contract No. 80AFRC21D0004 (Flight Opportunities IDIQ) | 80AFRC21D0004 | FOP | Prime Contract | $ - |
| Draper Contract No. PO001-0001064387 (Flight Opportunities Flight) | PO001-0001064387 | FOP | Draper FOP | $ - |
| NASA Contract No. 80AFRC21C0006 (Xogdor Tipping Point) | 80AFRC21C0006 | Xogdor | Prime Contract | $ - |
| NASA Contract No. 80AFRC21C0009 (MOWS Tipping Point) | 80AFRC21C0009 | MOWS TP | Prime Contract | $ - |
| NASA Contract No. 80NSSC20C0177 (MOWS SBIR Phase II) | 80NSSC20C0177 | MOWS SBIR Ph II | Prime Contract | $ - |
| NASA Contract No. 80NSSC19C0227 (PermiAM SBIR Phase II) | 80NSSC19C0227 | PermiAM SBIR Ph II | Prime Contract | $ - |
| NASA Contract No. 80NSSC21C0068 (PISCES STTR) | 80NSSC21C0068 | PISCES STTR | Prime Contract | $ - |
| NASA Contract No. 80NSSC22PB086 (RDRE SBIR Phase I) | 80NSSC22PB086 | RDRE SBIR Ph I | Prime Contract | $ - |
| NASA Contract No. 80NSSC22PB087 (RocketM SBIR Phase I) | 80NSSC22PB087 | RocketM SBIR Ph I | Prime Contract | $ - |
| USAF Contract No. FA864921P0831 (SkyMage SBIR Phase II) | FA864921P0831 | SkyMage SBIR Ph II | Prime Contract | $ - |
| USAF CRADA No. 22-034-RQ-01CRADA (AFRL CRADA) | 22-034-RQ-01CRADA | AFRL | CRADA | $ - |
| Jacobs RAPTR Subconsultant Agreement (AFRL Tech Sprint) | - | AFRL | Jacobs Subcontract | $ - |
| P3 Technologies, LLC Contract No. 2020-15 (E-Pump) | 2020-15 | E-Pump | P3 Subcontract | $ - |
| MASP Building 25 Lease | - | Facilities | Lease | $ 6,528.00 |
| MASP Building 173 Lease | - | Facilities | Lease | $ 5,884.00 |
| MASP Building 49 Lease | - | Facilities | Lease | $ 3,285.00 |
| MASP Building 86 Lease | - | Facilities | Lease | $ 6,540.00 |
| MASP 16919 Finnin St. (MAB) Land Lease | - | Facilities | Lease | $ 3,206.00 |
| MASP Test Site Leases | - | Facilities | Lease | $ 3,274.29 |
| MASP Master Lease | - | Facilities | Lease | $ - |
| Wallace & Smith Contractors (MAB Construction) | 9921272 | Facilities | Construction | $ - |
| United Partition Systems, Inc. (MAB Large Clean Room) | PO PF599 | Facilities | Construction | $ - |
| American Electrical Services Corp. | BM111-1943 | Facilities | Bldg 86 Renovation | $ - |
| American Electrical Services Corp. | S1774-1978 | Facilities | Bldg 86 Renovation | $ - |
| Astrobotic Technology, Inc. (Opal Lite TRN) | PO PF626 | MM1 / XL-1 | GNC | $ - |
| Psionic Technologies (NDL) | SP-040 | MM1 / XL-1 | GNC | $ - |
| Psionic Technologies (NDL) | PO PF1000 | MM2 | GNC | $ - |
| Airbus Space & Defence (Solar Panels) | PO PF636 | MM1 / XL-1 | EPS | $ - |
| NuSpace Inc. (Propellant Tanks) | 4/20/21 Vendor Agmt | MM1 / XL-1 | Propulsion | $ - |
| Frontier Aerospace (Thrusters) | PO PF444 | MM1 / XL-1 | Propulsion | $ - |
| Space Micro Inc. (Transponders) | PO PF121 | MM1 / XL-1 | Comms | $ - |
| Space Micro Inc. (Transponders) | PO PF495 | MM1 / XL-1 | Comms | $ - |
| ABSL Power Solutions Ltd. (Batteries) | PO PF379 | MM1 / XL-1 | EPS | $ - |
| Optisys LLC (High Gain Antenna) | 2/18/21 Vendor Agmt | MM1 / XL-1 | Comms | $ - |
| Ecliptic Enterprise Corporation (Payload Command & Data Handling) | 8/25/20 Master Services Agmt | MM1 / XL-1 | Payload | $ - |
| ARDE Inc. (Carbon Overwrapped Pressure Vessels) | MSS-AGM-1643-001 | MM1 / XL-1 | Propulsion | $ - |
| Marotta Controls Inc. (Valves) | PO PF680 | MM1 / XL-1 | Propulsion | $ - |
| Marotta Controls Inc. (Valves) | PO PF751 | MM1 / XL-1 | Propulsion | $ - |
| Marotta Controls Inc. (Valves) | PO PF642 | MM1 / XL-1 | Propulsion | $ - |
| Marotta Controls Inc. (Valves) | PO PF781 | MM1 / XL-1 | Propulsion | $ - |
| Jet Propulsion Laboratory (DSN Services) | Space Act Agmt. 33853 | MM1 / XL-1 | GNC | $ - |
| Aethercomm Inc. (SSPA / Amplifier) | PF568 | MM1 / XL-1 | Comms | $ - |
| MDA Space and Robotics Ltd. (Flare Laser Range Finder) | PO PF255 | MM1 / XL-1 | GNC | $ - |
| Swedish Space Corp./SSC US (Ground Systems) | 7/20/20 Master Services Agmt | MM1 / XL-1 | Ground Systems | $ - |
| Valcor Engineering Corp. (Check Valves) | PO PF1069 | MM1 / XL-1 | Propulsion | $ - |
| Norman Filter Co. (Prop Filters) | PO PF1070 | MM1 / XL-1 | Propulsion | $ - |
| Moog CSA Engineering (RCS Thrusters) | PO PF530 | MM1 / XL-1 | Propulsion | $ - |
| Ansys, Inc. (Orbit / Trajectory Software) | Order 80461809 | MM1 / XL-1 | Mission | $ - |
| L3 Harris (Upconverter Freq. Converter) | PO PF1018 | MM1 / XL-1 | Comms | $ - |
| Narda-Miteq (Downconverter) | PO PF1200 | MM1 / XL-1 | Comms | $ - |
| Advanced Industrial Solutions, Inc. (Gantry Crane) | PO PF1103 | MM1 / XL-1 | SI&T | $ - |
| Norman Filter Co. (Prop Filters) | PO PF1155 | MM1 / XL-1 | Propulsion | $ - |
| Rock West Composites, Inc. (Honeycomb Panels - Primary Structure) | PO PF1116 | MM1 / XL-1 | Structures | $ - |
| Columbia Tool & Die SC, LLC (Launch Vehicle Adapter) | PO PF1199 | MM1 / XL-1 | Structures | $ - |
| Yetispace, Inc. (Engineering Support) | PO PF1234 | MM1 / XL-1 | Thermal | $ - |
| Sheldahl Flexible Technologies, Inc. (MLI) | PO PF1168 | MM1 / XL-1 | Thermal | $ - |
| Sigma Netics, Inc. (Prop Pressure Tank Transducers) | PO PF945 | MM1 / XL-1 | Propulsion | $ - |
| Texas A&M Engineering Experiment Station | Research Agmt M2101119 | MM1 / Plume | Analysis | $ - |
| Space Exploration Engineering, LLC | Master Services Agmt + SOWs | MM1 / XL-1 | Mission | $ - |
| Zuken USA Inc. | PO PF742 | MM1 / XL-1 | SI&T | $ - |
| Integrated Launch Solutions, Inc. | 12/16/20 Consulting Agmt | MM1 / XL-1 | Mission | $ - |
| Astro Pak Corp. | WC0025181 | MM1 / XL-1 | Cleanroom | $ - |
| EMA Design Automation | MSS-AGM-162-002 | MM1 / XL-1 | EPS | $ - |
| farSight Technologies LLC | MSS-AGM-1610-001 | MM1 / XL-1 | EPS | $ - |
| First Resonance | 48C49DA3-0014, -0015 | MM1 / XL-1 | Software | $ 1,400.00 |
| Quartus Engineering Inc. | PO PF1263 | MM1 / XL-1 | Analysis | $ - |
| Saferack | PO PF1149 | MM1 / XL-1 | Cleanroom | $ - |

**Exhibit 3**

| Counter Party | PO/Contract Number | Program | Subsystem | Amount |
|---|---|---|---|---|
| Valispace GmbH | VS1286 | MM1 / XL-1 | Systems | $ - |
| Quartus Engineering, Inc. | MSS-AGM-2210-001 | Xogdor | Analysis | $ - |
| P3 Technologies, LLC (Turbopump) | MSS-AGM-2213-001 | Xogdor | Propulsion | $ - |
| Wheeler & Co. d/b/a Precision/Expedited | PO PF1281 | Xogdor | Scimitar | $ - |
| Techsouth Inc. (Welding equipment) | MSS-AGM-2210-001 | Xogdor | Welding | $ - |
| Elementum 3D (Additive manufacturing) | PF1222 | Xogdor | 3D Printing | $ - |
| Elementum 3D (Additive manufacturing) | PF978 | Xogdor | 3D Printing | $ - |
| Pacific International Space Center for Exploration Sciences (PISCES) | MSS-AGM-2410-001 | PISCES STTR | Paver Development | $ - |
| Quartus Engineering, Inc. | PO PF1237 | Plume SBIR | Analysis | $ - |
| Purdue University | 20112446 | Plume SBIR | Testing | $ - |
| Leidos, Inc. (Impactors) | MSS-AGM-2110-001 | SkyMage SBIR Ph II | Impactor Design | $ - |
| ADT Commercial | - | Utilities | Security | $ 1,198.20 |
| CohnReznick LLP | - | Finance | Tax | $ - |
| Gunderson Dettmer LLP | - | Legal | Outside Counsel | $ - |
| Palmetier Law LLC | - | Legal | Outside Counsel | $ - |
| K&L Gates LLP | - | Legal | Outside Counsel | $ - |
| **TOTAL** | | | | **$ 31,315.49** |

**Non-Capped Contracts not subject to the Expense Cap**

| Counter Party Name and Descriptions | PO/Contract Number | Program | Subsystem | Projected Designation Payment |
|---|---|---|---|---|
| Pennsylvania State University (Testing and System Development) | MSS-1716-005 | MOWS TP | Testing & Development | TBD |
| Infinity Fuel Cell and Hydrogen, Inc. (H2 Fuel Cell) | MSS-AGM-1716-003 | MOWS TP | Fuel Cell Development | TBD |
| Swift Enterprises, Ltd.(H2O2 Fuel Cell) | MSS-AGM-1716-006 | MOWS TP | Fuel Cell Development | TBD |
| Pennsylvania State University (TVAC Testing) | 235820 | MOWS SBIR Ph II | Testing | TBD |
| Quartus Engineering, Inc. (Engineering Support) | MSS-AGM-1717-001 | MOWS SBIR Ph II | Eng'g Support | TBD |