# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MASTEN SPACE SYSTEMS, INC.,[1] | Case No. 22-10657 (BLS) |
| Debtor. | **D.I. 38, 90, 120, 121** |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that, on September 1, 2022, the United States Bankruptcy Court for the District of Delaware entered the *Revised Order Approving (I)(A) The Debtor's Entry Into Stalking Horse Agreement and Related Bid Protections; (B) The Bidding Procedures in Connection with the Sale of Substantially all of the Debtor's Assets, (C) The Form and Manner of Notice of the Sale Hearing and Auction Results, and (D) Dates for an Auction and Sale Hearing, (II) The Sale of Certain of the Debtor's Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (III) Granting Related Relief [D.I. 120]* (the "Bid Procedures Order"),[2] which approved, among other things, certain bidding procedures (the "Bidding Procedures") in connection with the sale of all or any part of the Debtor's assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, on September 6, 2022, the Debtor conducted an auction and determined that the highest and best value for the Debtor's estate and their creditors was offered by Astrobotic Technology Inc. or its designee ("Astrobotic"). The Debtor, after consultation with the official committee of unsecured creditors, has determined Astrobotic to be the Successful Bidder and its bid to be the Successful Bid.

---

[1] The Debtor's mailing address is 1570 Sabovich St, Mojave, CA 93501. The last four digits of the Debtor's federal tax identification number is 7098.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the Debtor has designated Intuitive Machines LLC and Impulse Space, Inc. as the Back-Up Bidders, each seeking to acquire certain specific assets of the Debtor pursuant to section 363 of the Bankruptcy Code as the Back-Up Bids, and the Back-Up Bids shall remain open until the closing or termination of the Successful Bid, as applicable.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider approval of the results of the Debtor's sale process and Auction is scheduled on September 8, 2022, at 9:30 a.m. (ET) before the Honorable Brendan L. Shannon at the United States Bankruptcy Court. The Hearing, which shall take place via Zoom, may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Hearing or on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Successful Bid and the Back-Up Bids at the Hearing.

| | |
|---|---|
| DATED: September 6, 2022 | **MORRIS JAMES LLP**<br><br>*/s/ Brya M. Keilson*<br>Jeffrey R. Waxman, Esquire (No. 4159)<br>Brya M. Keilson, Esquire (No. 4643)<br>Sarah M. Ennis, Esquire (No. 5745)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br>E-mail: sennis@morrisjames.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |

13763684/1