# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MASTEN SPACE SYSTEMS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10657 (BLS) |

## NOTICE OF SERVICE

I hereby certify that on the 2nd day of September 2022, I caused to be served a true and correct copy of the *Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned or Subject to Novation in Connection With Sale of the Debtor's Assets* (the "Cure Notice") upon the parties listed on the service list attached here to as Exhibit 1 via electronic mail and first class mail. A true and correct copy of the Cure Notice is attached hereto as Exhibit 2. A letter from Astrobotic Technology, Inc., the stalking horse bidder, was also served with the Cure Notice.

Dated: September 6, 2022

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Brya M. Keilson (DE Bar No. 4643)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue; Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: sennis@morrisjames.com

*Proposed Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 7098. The Debtor's address is 1570 Sabovich St. Mojave, CA 93501.

13761486/1