## Exhibit 1

Service List

13761486/1

| Company | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| ABSL Power Solutions, Inc. | Sam Campbell, Program Manager | 1751 S. Fordham St, Suite 100 | | Longmont | CO | 80503 | samuel.campbell@eas.enersys.com |
| ADT Commercial | PO Box 382109 | | | Pittsburgh | PA | 15251-8109 | |
| Advanced Industrial Solutions, Inc. | 48 Maxwell | | | Irvine | CA | 92618 | |
| Aethercomm Inc. | 3205 Lionshead Ave | | | Carlsbad | CA | 90210 | |
| Airbus Defence and Space Netherlands B.V | Mr. Keesjan van Dolder (Project Manager) Deepika Jeyakodi (Legal Depratment) | Mendeiweg30 | Leiden CS 2333 Netherlands | | | | k.van.dolder@airbusDS.nl D.Jeyakodi@airbusds.nl |
| American Electrical Services Corp | 6910 Meany Avenue | | | Bakersfield | CA | 93308 | |
| Ansys, Inc. | Southpointe 2600 Ansys Drive | | | Canonsburg | PA | 15317 | |
| Ozen Engineering, Inc. | 1210 E. Arques Ave. | Suite 207 | | Sunnyvale | CA | 94085 | |
| Counsel to ARDE, Inc. | Stinson LLP | Marc E. Albert Tracey M. Ohm | 1775 Pennsylvania Ave NW, Ste 800 | Washington | DC | 2006-4605 | |
| Counsel to ARDE, Inc. | Hiller Law, LLC | Adam Hiller | 300 Delaware Ave., Ste 210, #227 | Wilmington | DE | 19801 | |
| Arde, Inc. | Sean Grover, Contracts Director | 875 Washington Ave. | | Carlstadt | NJ | 7072 | s.grover@ardeinc.com |
| Astro Pak Corp. | 270 Baker St E., Suite 100 | | | Costa Mesa | CA | 92626 | |
| Counsel to Astrobotic Technology, Inc. | Whiteford Taylor Preston LLP | Michael Roeschenthaler | 11 Stanwix Street, Suite 1400 | Pittsburgh | PA | 15222 | mroeschenthaler@wtplaw.com |
| Counsel to Astrobotic Technology, Inc. | Whiteford Taylor Preston LLP | David Gaffey | 3190 Fairview Park Drive, Suite 800 | Fallas Church | VA | 22042-4510 | dgaffey@wtplaw.com |
| Counsel to Astrobotic Technology, Inc. | Whiteford Taylor Preston LLP | Richard W. Riley | 600 North King Street, Suite 300 | Wilmington | DE | 19801 | rriley@wtplaw.com |
| Astrobotic Technology Inc. | Lisa Bujaky - Controller | 1016 North Lincoln Avenue | | Pittsburgh | PA | 15233 | lisa.bujaky@astrobotic.com |
| CohnReznick LLP | 14 Sylvan Way | | | Parsippany | NJ | 7054 | |
| Columbia Tool and Die | Damon Groom | 301 Old Barnwell Rd | | West Columbia | SC | 29170 | d.groom@columbiatoolanddie.com |
| Draper Laboratory | 555 Technology Square | | | Cambridge | MA | 02139-3563 | |
| Ecliptic Enterprises Corporation | Mike Alvarez, CEO | 398 W Washington Blvd # 100 | | Pasadena | CA | 91103 | malvarez@eclipticenterprises.com |
| Elementum 3D, Inc. | 400 Young Court, Unit 1 | | | Erie | CO | 80516 | |
| EMA Design Automation, Inc. | 225 Tech Park Drive | | | Rochester | NY | 14623 | |
| FarSight Technologies, LLC | 2600 South Shore Blvd. | Suite 300 | | League City | TX | 77573 | |
| First Resonance | 1120 S. Grand Ave. | Unit 917 | | Los Angeles | CA | 90015 | |
| Frontier Aerospace, Inc. | Andy Ferng, VP of Programs Kevin Schoonover | 4109 Guardian Street, Unit A | | Simi Valley | CA | 93063 | andy@frontier.us kevin@frontier.us |
| Gunderson Dettmer LLP | 550 Allerton Street | | | Redwood City | CA | 94063 | |
| Infinity Fuel Cell and Hydrogen Inc | 431A Hayden Station Road | | | Windsor | CT | 6095 | |
| Integrated Launch Solutions, Inc. | 350 Tangerine Ave. | Suite 5 | | Merritt Island | FL | 32953 | |
| Jacobs | 302 N. Mercury Blvd. | | | Edwards | CA | 93524 | |
| National Aeronautics and Space Adm. | Attn: Accounts of NASA/Jet Propulsion La | Building 1111, Jerry Hlass Rode | | Stennis Space Center | MS | 39529 | |
| K&L Gates LLP | 1601 K STREET, N.W. | | | Washington | DC | 20006-1600 | |
| L3 Harris Technologies | 435 Moreland Road | | | Hauppauge | NY | 11788 | |
| Leidos, Inc. | 10260 Campus Point Drive | | | San Diego | CA | 92121 | |
| Marotta Controls, Inc. | Ryan Hourihan, Program Manager | 78 Boonton Avenue | PO Box 427 | Montville | NJ | 07045 | rhourihan@marotta.com |
| Mojave Air and Space Port | 1434 Flight Line | | | Mojave | CA | 93501 | |
| MDA Space & Robotics Ltd | Kerry Sanz | Atlas Building (R27) Fermi Avenue, Harwell Campus | Didcot Oxfordshire OX110QX | | | | kerry.sanz@mdaspace.uk |
| Moog CSA Engineering | Eric Stellrecht, Advanced Programs Director | 75 Remittance Drive, Dept 3161 | | Chicago | IL | 60675-3161 | estellrecht@moog.com |
| Narda-Miteq | 435 Moreland Road | | | Hauppauge | NY | 11788 | |
| Counsel on behalf of National Aeronautics and Space Administration | U.S. Department of Justice | Attn: Tiffiney F. Carney, Trial Attorney | P.O. Box 875 Ben Franklin Station | Washington | DC | 20044-0875 | tiffiney.carney@usdoj.gov |
| National Aeronautics and Space Adm. | Attn: Accounts of NASA/Jet Propulsion La | Attn: Cody Corley | Building 1111, Jerry Hlass Rode | Stennis Space Center | MS | 39529 | cody.corley-1@nasa.gov |
| Norman Filter Company | Jeff Burkett - Engineering | 3394 Paysphere Circle | | Chicago | IL | 60674 | jeffburkett@normanfilters.com |
| NuSpace Inc. | Homanyoun Bazargan , Contracts Manager | 4401 Donald Douglas Drive | | Long Beach | CA | 90808-1732 | HBazargan@NuSpace.us |
| Optisys LLC | 6764 Airport Rd | | | West Jordan | UT | 84084 | |
| Counsel to Optisys, Inc. | Young Conaway Stargatt & Taylor, LLP | Andrew L. Magaziner | 1000 North King Street | Wilmington | DE | 19801 | bankfilings@ycst.com amagaziner@ycst.com |
| Counsel to Optisys, Inc. | Foley & Lardner LLP | Michael J. Small Emil P. Khatchatourian | 321 North Clark Street, Suite 3000 | Chicago | IL | 60654 | msmall@foley.com ekhatchatourian@foley.com |
| P3 Technologies LLC | Phil Pelfrey, CEO | 840 jupiter Park Drive Suite 110 | | Jupiter | FL | 33458 | phil.pelfrey@p3-tech.com |
| Pacific International Space Center | for Exploration Systems | 99 Aupuni Street, Suite 212-213 | | Hilo | HI | 96720 | |
| Palmetier Law LLC | 8601 W. Cross Dr., FS/#146 | | | Littleton | CO | 80123 | |
| Pennsylvania State University | 110 Technology Center Building | | | University Park | PA | 16802 | |
| The Pennsylvania State University | 227 W Beaver Ave, Suite 401 | | | State College | PA | 16801-4819 | |

| Company | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| Counsel to Psionic, LLC | Willaims Mullen | Michael D. Mueller<br>Jennifer M. McLemore<br>Bennett T. W. Eastham | 200 South 10th, Street, Suite 1600 | Richmond | VA | 23219-3095 | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com<br>beastham@williamsmullen.com |
| Psionic, LLC | Robin Loeffler | 1100 Exploration Way | | Hampton | VA | 23666 | rloeffler@psionic.ai |
| Purdue University - Accounts Receivable | 23510 Network Place | | | Chicago | IL | 60673-1235 | |
| Quartus Engineering Inc. | Andrea Cuneo, Chief of Staff & Head of Legal Affairs | 10251 Vista Sorrento Parkway, Suite 250 | | San Diego | CA | 92121-3776 | andrea.cuneo@quartus.com |
| Rock West Composites, Inc. | Jeremy Senne, Program Manager | 7625 Panasonic Way | | San Diego | CA | 92154 | Jeremy.Senne@rockwestcomposites.com |
| Saferack | 730 Electric Drive Sumter | | | Sumter | SC | 29153 | |
| Sheldahl Corporation | 1150 Sheldahl Road | | | Northfield | MN | 55057 | |
| Sigmanetics | 2 North Corporate Dr | | | Riverdale | NJ | 7457 | |
| Counsel to Space Exploration Technologies Corp. | ArentFox Schiff LLP | Brett D. Goodman<br>George Angelich | 1301 Avenue of the Americas, 42 fl | New York | NY | 10036 | brett.goodman@afslaw.com<br>george.angelich@afslaw.com |
| Space Exploration Technologies Corp. | Jessica Comfort<br>Brett D Goodman<br>Gerorge Angelich | 1 Rocket Road | | Hawthorne | CA | 90250 | jessica.comfort@spacex.com<br>brett.goodman@afslaw.com<br>george.angelich@afslaw.com |
| Space Micro | PJ Ellison | 15378 Avenue of Science | | San Diego | CA | 92128-3451 | pellison@spacemicro.com |
| SSC Space, Inc. | 417A Caredean Drive | | | Horsham | PA | 19044 | |
| Swift Enterprises, Ltd. | 8701 Wildlife Ridge | | | Westpoint | IN | 47992 | |
| Techsouth, Inc. | 601 Union West Blvd | | | Matthews | NC | 28104 | |
| Texas A&M Engineering Experiment Station | 7607 Eastmark Drive | | | College Station | TX | 77840 | |
| United Partition Systems, Inc. | 2180 S. Hellman Ave. | | | Ontario | CA | 91761 | |
| USAF Research Lab AFRL SBRK | CP 937 904 9700 | Attn: Bryan Whitaker | 2275 D. Street | Dayton | OH | 45433 | bryan.c.whitaker2.civ@mail.mil |
| Valcor Engineering Corp. | 2 Lawerence Road | | | Springfield | NJ | 7081 | |
| Valispace GmbH | VAT Nr. DE307573479 Hermann-Köhl-Str. 7 | Bremen 28199 | Germany | | | | |
| Counsel to Wallace & Smith Contractors | Belden Blaine Raytis, LLP | T. Scott Belden | 5016 California Avenue | Bakersfield | CA | 93309 | scott@bbr.law |
| Counsel to Wallace & Smith Contractors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier<br>Marcy J. McLaughlin Smith | 1313 N. Market Street, Suite 5100 | Wilmington | DE | 19899-1709 | david.fournier@troutman.com<br>marcy.smith@troutman.com |
| Wallace & Smith Contractors | Chris Cooper | 3325 Landco Drive | | Bakersfield | CA | 93308 | ccooper@wallacesmith.com |
| Precision/Expedited | 28482 Arioso St. | | | Ladera Ranch | CA | 92694 | |
| Yetispace, Inc. | 7902 Logan Drive | | | Huntsville | AL | 35802 | |
| Zuken USA Inc. | 238 Littleton Road, Suite 100 | | | Westford | MA | 1886 | |
| Office of The United States Trustee | Hannah McCollum | 844 King Street | Suite 2207<br>Lockbox 35 | Wilmington | DE | 19801 | hannah.mccollum@usdoj.gov |
| U.S. Attorney's Office | 1313 N Market Street | | | Wilmington | DE | 19801 | Ellen.Slights@usdoj.gov |
| Securities & Exchange Commission | 100 F Street, NE | | | Washingto | DC | 20549 | |
| Securities and Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Place<br>200 Vesey Street<br>Suite 400 | New York | NY | 10281-1022 | |
| Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover | DE | 19903 | |
| Attorney General of Georgia | Office of the Attorney General | State of Georgia | 40 Capitol ,Square, SW | Atlanta | GA | 30334 | |
| Attonrey General of California | Office of the Attorney General | State of California | 1300 I St., Ste 1740 | Sacramento | CA | 95814 | |
| Attorney General of Delaware | Delaware Attorney General | Delaware Department of Justice | Carvel State Bldg<br>820 N. French St | Wilmington | DE | 19801 | |
| Counsel to Agile Space Industries, Inc. | Counsins Law LLC | Scott D. Cousins<br>Scott D. Jones | 1521 Concord Pike, Suite 301 | Wilmington | DE | 19801 | scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com |
| Proposed Counsel to the Official Committee of | Cozen O'Connor | Thomas J. Francella, Jr.<br>Thomas M. Horan | 1201 N. Market Street, Suite 1001 | Wilmington | DE | 19801 | tfrancella@cozen.com<br>thoran@cozen.com |
| Proposed Counsel to the Official Committee of | Cozen O'Connor | Frederick E. Schmidt, Jr. | 175 Greenwich Street, 55th Floor | New York | NY | 10007 | eschmidt@cozen.com |
| Proposed Counsel to the Official Committee of | Kilpatrick Townsend & Stockton LLP | David M. Posner<br>Gianfranco Finizio | The Grace Building<br>1114 Avenue of the Americas | New York | NY | 10036 | dposner@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com |
| COUNTY OF KERN, STATE OF CALIFORNIA | c/o Treasurer/Tax Collector's Office | Attn: Bankruptcy Division | c/o Rachel Medrano<br>P .0. Box 579 | Bakersfield | CA | 93302-0579 | bankruptcy@kerncounty.com |

13734982/1