# **EXHIBIT A**

Auction Transcript

13756585/1



September 06, 2022

**In Re: Masten Space Systems, Inc.**

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1              UNITED STATES BANKRUPTCY COURT

 2                   DISTRICT OF DELAWARE

 3                         - - -

 4
     IN RE:                : Chapter 11
 5   MASTEN SPACE          : Case No. 22-10657
     SYSTEMS, INC.,        :
 6                         :
                 Debtor.   :
 7

 8                         - - -

 9           Tuesday, September 6, 2022

10                         - - -

11          TRANSCRIPT OF ZOOM HEARING

12                         - - -
```

                                    **ORIGINAL**

```
22        Reliable Court Reporting
                Suite 2210
23           1650 Arch Street
           Philadelphia, PA 19103
24
```

```
 1   APPEARANCES:

 2   On behalf of the Debtor:

 3      GAVIN SOLMONESE
        BY:  EDWARD T. GAVIN, IV
 4      BY:  JEREMY VANETTEN
        919 North Market Street
 5      Suite 600
        Wilmington, Delaware 19801
 6
        MORRIS JAMES
 7      BY: JEFFREY R. WAXMAN, Esq.
        BY: BRYA M. KEILSON, Esq.
 8      BY: SARAH M. ENNIS, Esq.
        500 Delaware Avenue
 9      Suite 500
        Wilmington, Delaware 19801
10
     Leah McNeil, Esq., Debtor's Corporate
11            Counsel
     Sean Bedford, Esq., Debtor's Chief
12            Legal Officer
     Jenna Edwards, Debtor's Chief
13            Operating Officer
     Michael Adams, Debtor's Chief
14            Financial Officer

15
     On behalf of Unsecured Creditors:
16
        KILPATRICK, TOWNSEND & STOCKTON LLP
17      BY:  GIANFRANO FINIZIO, ESQUIRE
        BY:  DAVID POSNER, ESQUIRE
18      1114 6th Avenue
        New York, New York 10110
19

20   On behalf of Astrobotic Technology, Inc.:

21      WHITEFORD, TAYLOR & PRESTON LLP
        BY:  DAVID GAFFEY, ESQUIRE
22      BY:  MICHAEL ROESCHENTHALER, ESQUIRE
        7 Saint Paul Street
23      Baltimore, Maryland 21202

24
```

```
 1    APPEARANCES (Cont'd)

 2    On behalf of Intuitive Machines:

 3       RICHARDS, LAYTON & FINGER
         BY:  MARK KURTZ, ESQUIRE
 4       BY:  JOHN KNIGHT, ESQUIRE
         415 3rd Avenue S.
 5       Clear Lake, South Dakota 57226

 6
      On behalf of SpaceX:
 7
         ARENTFOX SCHIFF
 8       BY:  GEORGE ANGELICH, ESQUIRE
         1301 Avenue of the Americas
 9       42nd Floor
         New York, New York 10036
10

11    On behalf of Impulse Space:

12       JOSEPH PRENCIPE, Esquire
         KEVIN MILLER, Esquire
13
         BARRY MATSUMORI, Chief Operating
14           Officer at Impulse Space

15

16

17

18

19

20

21

22

23

24
```

 1          - - -
 2          (Whereupon, the following
 3   proceedings began at 12:10 p.m.)
 4          - - -
 5          MR. GAVIN:  Good afternoon,
 6   everybody.  This is the auction
 7   for sale of the assets of Masten
 8   Space Systems, Inc., Chapter 11
 9   proceeding, presently before the
10   United States Bankruptcy Court for
11   the District of Delaware, case
12   number 22-10657.
13          I am Ted Gavin, Proposed
14   Chief Restructuring Officer of the
15   Debtor.  I am joined by Jeffrey
16   Waxman, Brya Keilson, and Sarah
17   Ennis of Morris James LLP,
18   Proposed Counsel to the Debtor.
19          Leah McNeil is Corporate
20   Counsel to the Debtor.  Sean
21   Bedford is the Debtor's Chief
22   Legal Officer.  Jenna Edwards is
23   Chief Operating Officer of the
24   Debtor.  Michael Adams is Chief

 1  Financial Officer.
 2      Also attending the auction
 3  are David Posner and Gianfranco
 4  Finizio of Kilpatrick, Townsend &
 5  Stockton, LLP, Proposed Counsel to
 6  the Official Committee of
 7  Unsecured Creditors.  George
 8  Angelich of ArentFox Schiff,
 9  Counsel to Space Exploration
10  Technologies or SpaceX.
11      Together, the Debtor,
12  committee, and SpaceX are
13  consultation parties for purposes
14  of the conduct of this auction.
15      The Court Reporter has
16  already taken appearances for
17  everybody present.  So we can
18  dispense with that administrative
19  task.
20      Bidding parties have been
21  asked to state for the record a
22  single person that will speak for
23  that party for purposes of
24  entering bids.

 1       Who will be bidding for
 2  Astrobotic?
 3       MR. GAFFEY:  This is David
 4  Gaffey of Whiteford, Taylor &
 5  Preston.  I will be speaking for
 6  Astrobotic.
 7       MR. GAVIN:  Thank you.
 8       Who will be bidding for
 9  Intuitive Machines?
10       MR. KURTZ:  This is Mark
11  Kurtz.  I will be speaking for
12  Intuitive Machines.
13       MR. GAVIN:  Thank you.
14       Who will be bidding for
15  Impulse Space?
16       MR. PRENCIPE:  This is Joe
17  Prencipe.
18       Barry, will you be directly
19  bidding?
20       MR. MATSUMORI:  This is
21  Barry Matsumori.  I will be
22  bidding.
23       MR. GAVIN:  Thank you.
24       The Debtor received three

```
 1   bids prior to the bid deadline,
 2   which was 4 p.m. Eastern Daylight
 3   Time on September 2, 2022.  Those
 4   bids are as follows:
 5         Stalking-horse bid from
 6   Astrobotic for substantially all
 7   of the Debtor's assets, which bid
 8   includes consideration in the
 9   amount of 4.5 million dollars in
10   cash plus a waiver of Astrobotic's
11   unsecured claim against the
12   Debtor's estate, plus the payment
13   of all costs relating to any
14   contracts Astrobotic may take by
15   assignment, in conjunction with
16   the sale pursuant to the terms of
17   the bid procedures approved by the
18   Bankruptcy Court and sent to all
19   of the bidders prior to this
20   auction.
21         Astrobotic's bid is a
22   qualified bid, and Astrobotic is a
23   qualified whole bidder.
24         We received a bid for the
```

 1   SpaceX credit from Intuitive
 2   Machines LLC, which bid includes
 3   consideration in the amount of
 4   $2,725,000 and includes all of the
 5   prerequisites for a qualified lot
 6   bid.
 7         Debtor received a bid for
 8   certain testing equipment and
 9   assignment of release -- from
10   Impulse Space, Inc., which bid
11   includes consideration in the
12   amount of $750,000.  That bid
13   includes the prerequisites for a
14   qualifying lot bid.
15         Bid procedures, which were
16   sent to all parties attending this
17   auction, state in Section C3 that
18   in the event that the Debtor
19   receives multiple bids for
20   discrete assets, that in the
21   aggregate would be higher or
22   otherwise better than the
23   stocking-horse bid, the Debtor
24   after consultation with the

```
 1    consultation parties may designate
 2    such bids as qualified bids and
 3    combine the bids to determine the
 4    highest and best bid for the
 5    assets.
 6         A combination of bids must
 7    in the aggregate exceed the
 8    minimum bid and if applicable
 9    exceed the prior highest and best
10    by the minimum bid amount of
11    $100,000 to be determined the
12    highest and best bid for the
13    assets.
14         The Debtor presently has one
15    qualified whole bid in the amount
16    of 4.5 million dollars plus the
17    value of the bidder's unsecured
18    claim, which the consultation
19    parties value at $37,990 for bid
20    qualification purposes.  Debtor
21    has two lot bids, which total
22    $3,475,000.
23         Bid procedures require that
24    any topping bid to the
```

```
 1   stocking-horse bid be for an
 2   amount greater than the total of
 3   the stocking-horse bid of
 4   $4,500,000, plus the breakup fee
 5   of $135,000, plus the expense
 6   reimbursement of $90,000, plus the
 7   overbid increment of $100,000,
 8   plus the value of the unsecured
 9   claim waiver of $37,990, total of
10   which is $4,862,990.
11         Both the two lot bids fall
12   short of the overbid amount by
13   $1,387,990.  The bid procedure
14   provides that the lot bids are not
15   presently qualified bids.
16         Accordingly, we will open
17   the bidding first for the lot bid
18   auction, but we are giving the two
19   lot bidders the opportunity to
20   increase their bids such that they
21   can be considered qualifying bids.
22         Impulse Space, do you wish
23   to increase the amount of your
24   bid?
```

```
 1         MR. MATSUMORI:  No, we do
 2   not.
 3         MR. GAVIN:  Intuitive
 4   Machines, do you wish to increase
 5   the amount of your bid?
 6         MR. KURTZ:  No, Intuitive
 7   Machines does not wish to increase
 8   its bid.
 9         MR. GAVIN:  Thank you.
10         That round of bidding
11   resulted in no bid higher than the
12   stocking-horse bid.  Because the
13   bid procedures require that I give
14   the parties two rounds of bidding,
15   I will once again turn to Impulse
16   Space.
17         Impulse Space, do you wish
18   to take one final opportunity to
19   increase your bid?
20         MR. MATSUMORI:  No, we do
21   not.  Thank you.
22         MR. GAVIN:  Thank you.
23         Intuitive Machines, do you
24   wish to take an opportunity to
```

```
 1   increase your bid?
 2         MR. KURTZ:  No.
 3         MR. GAVIN:  Thank you.
 4         Therefore, the highest and
 5   best bid and the winner of the
 6   auction is Astrobotic's bid in the
 7   amount of 4.5 million dollars plus
 8   the waiver of its unsecured claim.
 9         The backup bid is the
10   combination of Intuitive Machines'
11   bid or the SpaceX credit in the
12   amount of $2,725,000 and Impulse
13   Space's bid -- lease assignment
14   and certain test assets in the
15   amount of $750,000 for a combined
16   total bid of $3,475,000.
17         Does anybody wish to be
18   heard on the record for any point
19   relating to this auction?
20         MR. WAXMAN:  This is Jeff
21   Waxman.  Just one point of
22   clarification.  The winning bid
23   also includes in addition to the
24   claim waiver, also includes
```

```
 1   amounts for any contracts that
 2   are ultimately assumed to be
 3   assigned to the winning bidder.
 4          MR. GAVIN:  Counsel for the
 5   Debtor, as always, is correct.
 6          Any further comments?
 7          Thank you very much.
 8   This concludes the auction.
 9          -  -  -
10          (Whereupon, the proceedings
11   concluded at approximately 12:17
12   p.m.)
13          -  -  -
14
15
16
17
18
19
20
21
22
23
24
```

1 **CERTIFICATE**

2

3

4     I HEREBY CERTIFY that the
5 above proceedings are a true record of
6 the testimony given.

7

8 *Madelina Cocca*

9

10     Madelina Cocca, a
       Court Reporter and Notary Public
11

12

13

14

15

16

17

18

19

20

21

22

23

24

In Re: Masten Space Systems, Inc.

, Index: $1,387,990..determine

**$**

**$1,387,990** 10:13
**$100,000** 9:11 10:7
**$135,000** 10:5
**$2,725,000** 8:4 12:12
**$3,475,000** 9:22 12:16
**$37,990** 9:19 10:9
**$4,500,000** 10:4
**$4,862,990** 10:10
**$750,000** 8:12 12:15
**$90,000** 10:6

**1**

**11** 4:8
**12:10** 4:3
**12:17** 13:11

**2**

**2** 7:3
**2022** 7:3
**22-10657** 4:12

**4**

**4** 7:2
**4.5** 7:9 9:16 12:7

**A**

**Adams** 4:24
**addition** 12:23
**administrative** 5:18
**afternoon** 4:5
**aggregate** 8:21 9:7
**amount** 7:9 8:3,12 9:10,15 10:2, 12,23 11:5 12:7,12,15
**amounts** 13:1

**Angelich** 5:8
**appearances** 5:16
**applicable** 9:8
**approved** 7:17
**approximately** 13:11
**Arentfox** 5:8
**assets** 4:7 7:7 8:20 9:5,13 12:14
**assigned** 13:3
**assignment** 7:15 8:9 12:13
**assumed** 13:2
**Astrobotic** 6:2,6 7:6,14,22
**Astrobotic's** 7:10,21 12:6
**attending** 5:2 8:16
**auction** 4:6 5:2,14 7:20 8:17 10:18 12:6,19 13:8

**B**

**backup** 12:9
**Bankruptcy** 4:10 7:18
**Barry** 6:18,21
**Bedford** 4:21
**began** 4:3
**bid** 7:1,5,7,17,21,22,24 8:2,6,7, 10,12,14,15,23 9:4,8,10,12,15,19, 23,24 10:1,3,13,17,24 11:5,8,11, 12,13,19 12:1,5,6,9,11,13,16,22
**bidder** 7:23 13:3
**bidder's** 9:17
**bidders** 7:19 10:19
**bidding** 5:20 6:1,8,14,19,22 10:17 11:10,14
**bids** 5:24 7:1,4 8:19 9:2,3,6,21 10:11,14,15,20,21
**breakup** 10:4
**Brya** 4:16

**C**

**C3** 8:17

**case** 4:11
**cash** 7:10
**Chapter** 4:8
**Chief** 4:14,21,23,24
**claim** 7:11 9:18 10:9 12:8,24
**clarification** 12:22
**combination** 9:6 12:10
**combine** 9:3
**combined** 12:15
**comments** 13:6
**committee** 5:6,12
**concluded** 13:11
**concludes** 13:8
**conduct** 5:14
**conjunction** 7:15
**consideration** 7:8 8:3,11
**considered** 10:21
**consultation** 5:13 8:24 9:1,18
**contracts** 7:14 13:1
**Corporate** 4:19
**correct** 13:5
**costs** 7:13
**Counsel** 4:18,20 5:5,9 13:4
**Court** 4:10 5:15 7:18
**credit** 8:1 12:11
**Creditors** 5:7

**D**

**David** 5:3 6:3
**Daylight** 7:2
**deadline** 7:1
**Debtor** 4:15,18,20,24 5:11 6:24 8:7,18,23 9:14,20 13:5
**Debtor's** 4:21 7:7,12
**Delaware** 4:11
**designate** 9:1
**determine** 9:3

**determined** 9:11
**directly** 6:18
**discrete** 8:20
**dispense** 5:18
**District** 4:11
**dollars** 7:9 9:16 12:7

### E

**Eastern** 7:2
**Edwards** 4:22
**Ennis** 4:17
**entering** 5:24
**equipment** 8:8
**estate** 7:12
**event** 8:18
**exceed** 9:7,9
**expense** 10:5
**Exploration** 5:9

### F

**fall** 10:11
**fee** 10:4
**final** 11:18
**Financial** 5:1
**Finizio** 5:4

### G

**Gaffey** 6:3,4
**Gavin** 4:5,13 6:7,13,23 11:3,9,22 12:3 13:4
**George** 5:7
**Gianfranco** 5:3
**give** 11:13
**giving** 10:18
**Good** 4:5
**greater** 10:2

### H

**heard** 12:18
**higher** 8:21 11:11
**highest** 9:4,9,12 12:4

### I

**Impulse** 6:15 8:10 10:22 11:15,17 12:12
**includes** 7:8 8:2,4,11,13 12:23,24
**increase** 10:20,23 11:4,7,19 12:1
**increment** 10:7
**Intuitive** 6:9,12 8:1 11:3,6,23 12:10

### J

**James** 4:17
**Jeff** 12:20
**Jeffrey** 4:15
**Jenna** 4:22
**Joe** 6:16
**joined** 4:15

### K

**Keilson** 4:16
**Kilpatrick** 5:4
**Kurtz** 6:10,11 11:6 12:2

### L

**Leah** 4:19
**lease** 12:13
**Legal** 4:22
**LLC** 8:2
**LLP** 4:17 5:5
**lot** 8:5,14 9:21 10:11,14,17,19

### M

**Machines** 6:9,12 8:2 11:4,7,23
**Machines'** 12:10
**Mark** 6:10
**Masten** 4:7
**Matsumori** 6:20,21 11:1,20
**Mcneil** 4:19
**Michael** 4:24
**million** 7:9 9:16 12:7
**minimum** 9:8,10
**Morris** 4:17
**multiple** 8:19

### N

**number** 4:12

### O

**Officer** 4:14,22,23 5:1
**Official** 5:6
**open** 10:16
**Operating** 4:23
**opportunity** 10:19 11:18,24
**overbid** 10:7,12

### P

**p.m.** 4:3 7:2 13:12
**parties** 5:13,20 8:16 9:1,19 11:14
**party** 5:23
**payment** 7:12
**person** 5:22
**point** 12:18,21
**Posner** 5:3
**Prencipe** 6:16,17
**prerequisites** 8:5,13
**present** 5:17

In Re: Masten Space Systems, Inc.  , Index: presently..winning

**presently** 4:9 9:14 10:15
**Preston** 6:5
**prior** 7:1,19 9:9
**procedure** 10:13
**procedures** 7:17 8:15 9:23 11:13
**proceeding** 4:9
**proceedings** 4:3 13:10
**Proposed** 4:13,18 5:5
**purposes** 5:13,23 9:20
**pursuant** 7:16

### Q

**qualification** 9:20
**qualified** 7:22,23 8:5 9:2,15 10:15
**qualifying** 8:14 10:21

### R

**received** 6:24 7:24 8:7
**receives** 8:19
**record** 5:21 12:18
**reimbursement** 10:6
**relating** 7:13 12:19
**release** 8:9
**Reporter** 5:15
**require** 9:23 11:13
**Restructuring** 4:14
**resulted** 11:11
**round** 11:10
**rounds** 11:14

### S

**sale** 4:7 7:16
**Sarah** 4:16
**Schiff** 5:8
**Sean** 4:20

**Section** 8:17
**September** 7:3
**short** 10:12
**single** 5:22
**Space** 4:8 5:9 6:15 8:10 10:22 11:16,17
**Space's** 12:13
**Spacex** 5:10,12 8:1 12:11
**speak** 5:22
**speaking** 6:5,11
**Stalking-horse** 7:5
**state** 5:21 8:17
**States** 4:10
**stocking-horse** 8:23 10:1,3 11:12
**Stockton** 5:5
**substantially** 7:6
**Systems** 4:8

### T

**task** 5:19
**Taylor** 6:4
**Technologies** 5:10
**Ted** 4:13
**terms** 7:16
**test** 12:14
**testing** 8:8
**Time** 7:3
**topping** 9:24
**total** 9:21 10:2,9 12:16
**Townsend** 5:4
**turn** 11:15

### U

**ultimately** 13:2
**United** 4:10
**unsecured** 5:7 7:11 9:17 10:8 12:8

### W

**waiver** 7:10 10:9 12:8,24
**Waxman** 4:16 12:20,21
**Whiteford** 6:4
**winner** 12:5
**winning** 12:22 13:3