IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MASTEN SPACE SYSTEMS, INC., | Case No. 22-10657 (BLS) |
| Debtor. | **Re: Docket No. 120, 127** |

**VERIFIED OBJECTION OF MAROTTA CONTROLS INC. TO CURE COST WITH RESPECT TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES POTENTIALLY TO BE ASSUMED AND ASSIGNED IN CONNECTION WITH SALE OF THE DEBTOR'S ASSETS**

Marotta Controls, Inc. ("Marotta"), a Contract Counterparty, as defined in the *Notice of Assumption and Cure Cost with Respect to Executory Contracts or Unexpired Leases Potentially to be Assumed and Assigned or Subject to Novation in Connection With Sale of the Debtor's Assets* (the "Cure Notice"), through its undersigned counsel, hereby objects to the proposed cure amounts listed therein (the "Objection"), and respectfully states as follows:

1. The amounts listed in the Cure Notice do not accurately reflect the arrears to be cured on a potential assumption and assignment of the contract/purchase orders. The Debtor lists the purchase orders and cure amounts below:

| Counterparty | Underlying Contract or Lease | Debtor's Proposed Cure Amount |
|---|---|---|
| Marotta Controls Inc. | PO PF680 (Valves) | $0.00 |
| Marotta Controls Inc. | PO PF751 (Valves) | $34,345.74 |
| Marotta Controls Inc. | PO PF642 (Valves) | $0.00 |
| Marotta Controls Inc. | PO PF781 (Valves) | $0.00 |

2. According to Marotta's books and records there are only three (3) open contract/purchase orders with the Debtor, all of which required a 50% deposit. Only in connection with one of the contract/purchase orders (PO PF642) was a deposit in the amount of $17,696.00 received. The true and accurate cure costs of potentially assuming and assigning the purchase orders to Astrobotic Technology, Inc., the stalking horse bidder, is reflected below and

268494833

incorporates the required, invoiced 50% deposit amount:

| Counterparty | Underlying Contract or Lease | Marotta's Cure Amount |
|---|---|---|
| Marotta Controls Inc. | PO PF680 (Valves) | **$264,638.28** |
| Marotta Controls Inc. | PO PF751 (Valves) | **$34,345.74** |
| Marotta Controls Inc. | PO PF642 (Valves) | **$0.00** |
| Marotta Controls Inc. | PO PF781 (Valves) | **$0.00-NO INFORMATION IN BOOKS AND RECORDS** |

3.  Nothing herein shall compromise any claim Marotta may file in connection with the proof of claim deadline for asserting claims which may relate to costs and materials obtained, and work performed, in excess of the required deposits. Marotta intends to timely file its proof of claim notwithstanding the Designation Period and hereby reserves all rights and remedies.

## **VERIFICATION**

I, Derek Faulkner, am Vice-President of Contracts and Compliance for Marotta Controls, Inc. I have reviewed the foregoing Objection and am familiar with the facts contained herein. I verify under penalty of perjury that the facts set forth are true and accurate to the best of my knowledge.

Dated: September 12, 2022

_____
Derek Faulkner, Vice-President

Dated:  September 12, 2022

**CLARK HILL PLC**

/s/ Karen M. Grivner
Karen M. Grivner, Esq. (Bar No. 4372)
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone No. (302) 250-4749
Fax. No. (302) 421-9439
kgrivner@clarkhill.com

-and-

**SANTOMASSIMO DAVIS LLP**

Christopher Santomassimo, Esq.
Mark J. Politan, Esq.
1 Gatehall Drive, Suite 100
Parsippany, New Jersey 07054
Telephone No. (201) 712-1616
csantomassimo@ogcsolutions.com
mpolitan@ogcsolutions.com

*Counsel to Marotta Controls, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the Verified Objection upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail or first class mail on the following parties:

Brya Michele Keilson
Jeffrey R. Waxman
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

Hannah Mufson McCollum
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

David M. Posner
Gianfranco Finizio
Kilpatrick Townsend & Stockton, LLP
1114 Avenue of the Americas
New York, NY 10036

Thomas M. Horan
Frederick Schmidt
Cozen O'Connor P.C.
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Richard W. Riley, Esq.
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801

Michael J. Roeschenthaler, Esq.
Whiteford Taylor & Preston, LLP
200 First Avenue, Third Floor
Pittsburgh, Pennsylvania 15222

David W. Gaffey, Esq.
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510

Barry Matsumori
Impulse Space
101 Penn St.
El Segundo CA 90245

Dated: September 12, 2022

/s/ Karen M. Grivner
Karen M. Grivner, Esq. (Bar No. 4372)
CLARK HILL PLC
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone No. (302) 250-4749
Fax. No. (302) 421-9439
kgrivner@clarkhill.com