# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPACE CASE INC., f/k/a MASTEN SPACE SYSTEMS, INC.,[1] | Case No. 22-10657 (BLS) |
| Debtor. | Re: D.I. 274 |

## ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Motion of the Liquidating Trustee to Extend Deadline to Object to Claims* (the Motion")[2]; and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for the relief requested herein; and after due deliberation thereon; and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  The time period to file and serve objections to Claims in this case (the "Claims Objection Deadline") is extended through and including November 17, 2023, without prejudice to the rights of the Liquidating Trustee to request further extensions of the Claims Objection Deadline.

3.  All time periods set forth in this Order shall be calculated in accordance

---

[1] The Debtor's mailing address is 1570 Sabovich St, Mojave, CA 93501. The last four digits of the Debtor's federal tax identification number is 7098.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

with Bankruptcy Rule 9006(a).

        4.        The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: June 5th, 2023  
Wilmington, Delaware

**BRENDAN L. SHANNON**  
**UNITED STATES BANKRUPTCY JUDGE**