**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPACE CASE INC., F/K/A MASTEN SPACE SYSTEMS, INC.,[1] | Case No. 22-10657 (BLS) |
| Debtor. | |

**POST-CONFIRMATION REPORT NOTES**
**QUARTER ENDING DECEMBER 31, 2023**

Part 2: Pre-confirmation Professional Fees and Expenses
Peter Hurwitz was appointed as Liquidating Trustee (the "Trustee") upon the effective date of the *Modified Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Masten Space Systems Inc. Dated November 1, 2022* (the "Plan") [Dkt. No. 213]. The Liquidating Trustee was not responsible for managing, making or reporting on professional fee payments during the pendency of these bankruptcy cases. The "Approved Cumulative" amounts are those that were approved by the Bankruptcy Court in connection with the final fee applications. The "Paid Cumulative" amounts are those that were paid directly by the Trustee since his appointment.

Part 3: Recoveries of the Holders of Claims and Interests Under Confirmed Plan
The instructions to the PCR provide that for each class of claims and interests included in the PCR, "the total anticipated payments as disclosed in the plan" should be provided. The Plan and its accompanying disclosure statement, however, did not include total dollar value for anticipated payments for any of the classes provided in the PCR. Accordingly, the total anticipated payments are all listed as $0 in the PCR, and the total amounts paid by the Trust in the quarter, total cumulative amounts paid by the Trust since the Trust was established on the Effective Date and the aggregate allowed amount of claims in each class are all set forth in the PCR.

The Liquidating Trustee continues to reconcile claims. As such reconciliation process is ongoing, the value of "Allowed Claims" is reported as zero.

The Post-confirmation Report was executed by Peter Hurwitz, solely in his capacity as Liquidating Trustee of Masten Liquidating Trust.

---

[1] The last four digits of the Debtor's federal tax identification number is 7098.